# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

| | |
|---|---|
| Anthony Agulto Ascura,<br><br>Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Respondent. | Case No. 1:96-cr-00029<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Denying Motion for Relief from Judgment and Order Denying 2255 Motion and Notice of Entry of Order filed April 6, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*April 6, 2006*

The following individual was served by first class mail on April 7, 2006:

    *Anthony Agulto Ascura*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Denying Motion for Relief from Judgment and Order Denying 2255 Motion and Notice of Entry of Order filed April 6, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 7, 2006                          /s/ Marilyn B. Alcon
                                                                Deputy Clerk