1. Anthony Agulto Ascura
Fed.Reg.No. 85677-022
2. Federal Prison Camp
3705 West Farm Road
3. Lompoc, CA 93436

4. In Propria Persona

FILED
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> ) <br> ANTHONY AGULTO ASCURA, ) <br> Defendant. ) <br> _____ ) | Case Nos. CV-98-00051-ARM <br> CR-96-00029-ARM <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Anthony Agulto Ascura, defendant in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order of the District Court of Guam denying defendant's Motion pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure entered in this action on the 6th day of April, 2006.

Dated: April 13, 2006            Respectfully submitted,

                                 _____
                                 Anthony Agulto Ascura, in pro se