# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Anthony Agulto Ascura,<br><br>Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Respondent. | Case No. 1:96-cr-00029<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the **Notice of Appeal filed April 18, 2006**, on the dates indicated below:

U.S. Attorney's Office
April 20, 2006

The following individual was served by first class mail on April 21, 2006:

    Anthony Agulto Ascura, Fed. Reg. No. 85677-022
    Federal Prison Camp, 3705 West Farm Road
    Lompoc, CA 93436

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

**Notice of Appeal filed April 18, 2006**

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 21, 2006                          /s/ Virginia T. Kilgore
                                                                                      Deputy Clerk