# APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION & ORDER

| *United States District Court* | **DISTRICT**<br>District of Guam |
|---|---|

**FILED**
**DISTRICT COURT OF GUAM**
**APR 2 4 2006**
**MARY L.M. MORAN**
~~**CLERK OF COURT**~~

| CASE TITLE<br>UNITED STATES OF AMERICA,<br>                    Plaintiff,<br><br>    Vs.<br><br>ANTHONY AGULTO ASCURA,<br>                    Defendant. | DOCKET NO.<br><br>MAGISTRATE CASE NO.<br>CV-98-00051-ARM<br>CR-96-00029-ARM |

I,    Anthony Agulto Ascura    , declare that I am the *(check appropriate box)*
*(print your full name)*

☐ petitioner/plaintiff      ☐ movant (filing 28 U.S.C. § 2255 motion)
☒ respondent/defendant     ☒ Defendant filing an appeal
                                      *(other)*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

1. The district court erred in denying defendant's motion pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure.

2. The denial of defendant's Rule 60(b)(6) motion by the district court was an abuse of discretion.

In further support of this application, I answer the following questions:

1.     Are you presently employed?            ☒ Yes      ☐ No
    (a)     If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. *(list both gross and net salary)*
           Inmate worker - [Approx.] $30.00 per month

           Transportation Section, Federal Correctional Complex
           Lompoc, California

    (b)     If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2.     Have you received within the past twelve months any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| (a) | Business, profession or other form of employment? | ☐ | ☐ |
| (b) | Rent payments, interest or dividends? | ☐ | ☐ |
| (c) | Pension, annuities or life insurance payments? | ☐ | ☐ |
| (d) | Gifts or inheritances? | ☐ | ☐ |
| (e) | Any other sources? | ☒ | ☐ |

*(continued on reverse side)*

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months:

Family support - (varies in amount) from about $100.00 to $200.00 per month.

3. Do you own any cash, or do you have money in checking or savings account?

Yes ☒   ☐ No   *(include any funds in prison accounts)*

If the answer is "yes," state the total value of the items owned.

$20.00

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property *(excluding ordinary household furnishings and clothing)*?

Yes ☐   ☒ No

If the answer is "yes" describe the property and state its approximate value.

N/A

5.   List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Tonya T. Ascura - 10 yr. old daughter - none

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4-13-06___        _Anthony Agatto Ascura_
                  *(date)*                                    *(signature of applicant)*

---

## CERTIFICATE
*(Prisoner Accounts Only)*

I *CERTIFY* that the applicant herein has the sum of $ 20 89/100  twenty + 89/100 dollars
on account to his credit at the SCP Lompoc Lompoc Ca 93436
institution where he is confined. I further certify that the applicant likewise has the following
securities to his credit according to the records of said institution: USP Lompoc Camp

_Marcia Correctional Counselor_
*(Authorized Officer of Institution)*

---

## ORDER OF COURT

| The application is denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge   Date | _____  _____ <br> United States Judge   Date <br> or Magistrate |

## Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 85677022 | **Current Institution:** | Lompoc USP |
| **Inmate Name:** | ASCURA, ANTHONY | **Housing Unit:** | CAMP |
| **Report Date:** | 04/18/2006 | **Living Quarters:** | A09-002U |
| **Report Time:** | 2:36:04 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8315 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 3/15/2006 |
| Local Account Activation Date: | 3/16/2006 3:25:54 AM |
| Sort Codes: | |
| Last Account Update: | 4/10/2006 5:11:37 PM |
| Account Status: | Active |
| Phone Balance: | $4.75 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $20.89 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $20.89 |
| National 6 Months Deposits: | $259.99 |
| National 6 Months Withdrawals: | $239.10 |
| National 6 Months Avg Daily Balance: | $47.73 |
| Local Max. Balance - Prev. 30 Days: | $156.90 |
| Average Balance - Prev. 30 Days: | $54.31 |

## Commissary History

### Purchases

Validation Period Purchases: $102.10
YTD Purchases: $102.10
Last Sales Date: 4/10/2006 2:59:23 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $86.50
Remaining Spending Limit: $203.50

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|-----------|-----------|------------|----------|--------|--------|

## Comments

Comments: