# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Anthony Agulto Ascura,<br><br>Defendant-Petitioner,<br><br>vs.<br><br>United States of America,<br><br>Plaintiff-Respondent. | Case No. 1:96-cr-00029<br><br><br>**CERTIFICATE OF SERVICE** |

The following individual was served by first class mail on April 26, 2006:

    Anthony Agulto Ascura

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Application to Proceed in Forma Pauperis and Affidavit Accompanying Application Appeal in Forma Pauperis filed April 24, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 26, 2006                    /s/ Marilyn B. Alcon
                                                                 Deputy Clerk