FILED
DISTRICT COURT OF GUAM
MAY - 9 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ANTHONY AGULTO ASCURA,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Criminal Case No. 96-00029<br><br>Civil Case No. 98-00051<br><br><br>ORDER |

This matter comes before the Court with respect to Petitioner Anthony Agulto Ascura's ("Ascura") Notice of Appeal regarding this Court's Order filed April 6, 2006. *See* Docket No. 54.[1] A Notice of Appeal shall be construed as an Application for a Certificate of Appealability. *See,* FED. R. APP. P. 22(b). A Certificate of Appealability may be issued from a final order in a proceeding under § 2255 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Ascura has not substantially demonstrated the denial of his constitutional rights, pursuant to 28 U.S.C. § 2253(c)(2). Nor has he demonstrated that the issues surrounding this Court's dismissal of Ascura's § 2255 petition[2] and denial of his motion to reconsider are "debatable among jurists of reason." *See, Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002). Accordingly, Ascura's motion for a Certificate of Appealability is DENIED.

---

[1] The Court notes that Ascura also filed an application to proceed *in forma pauperis*. *See* Docket Nos. 59 and 60. However, because no filing fee is required for a petition brought under 28 U.S.C. § 2255 or for an appeal brought under the same, his request is moot and will not be considered further.

[2] The Court found that Ascura's petition was not cognizable under Fed. R. Civ. P. 60(b)(6) and was more properly brought pursuant to 28 U.S.C. § 2255. *Id.*

ORIGINAL

1 | **IT IS SO ORDERED** this \_\_9\_\_ day of May, 2006.

JOHN C. COUGHENOUR[*]
United States District Judge

---

[*] The Honorable John C. Coughenour, United States District Judge for Western Washington, sitting by designation.