UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
SEP 28 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-16040 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-98-00051-JCC |
| v. | CR-96-00029-1-JCC |
| ANTHONY AGULTO ASCURA, | District of Guam, Hagatna |
| Defendant - Appellant. | ORDER |

FILED
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

Before: REINHARDT and O'SCANNLAIN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

If petitioner wishes to file a second or successive 28 U.S.C. § 2255 petition in the district court, petitioner must first move this court for an order authorizing the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3).

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

RESEARCH

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 28 2006

by
Deputy Clerk