# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** Plaintiff-Apellee, vs. Anthony Agulto Ascura**,** Defendant-Appellant. | **Case No: 1:96-cr-00029** |

The following entity was served by first class mail on October 11, 2006:

    Anthony Agulto Ascura

I, Marilyn B. Alcon, declare under penalty of perjury that on the above-listed date I served the:

*USCA Order, filed October 10, 2006*

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 12, 2006                      /s/ Marilyn B. Alcon
                                                                             Deputy Clerk